Louise Dudley, appellant, v. Moe A. Isaacs, appellee. Gen. No. 38,898.

Opinion filed May 4, 1937.

Frederick A. Brown and Forest A. King, for appellant; G. Gale Roberson, of counsel. Samuel A. & Leonard B. Ettelson, for appellee; Samuel A. Ettelson, Edward C. Higgins and Herbert A. Salzman, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Frances R. Sternola, appellee, v. Henry Steigerwaldt and Sofia Steigerwaldt et al., appellants. Gen. No. 39,056.

Opinion filed May 4, 1937.

Jacob Levy, for appellants. A. L. Cronin and E. R. Borgmeier, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

John H. Artibey, appellee, v. John J. Beierwalter et al., defendants. John J. Beierwalter et al., appellants. Gen. No. 39,086.

Opinion filed May 4, 1937.

Werner H. Sommers and Walter F. Sommers, for appellants. Levy & Schmetterer and Irving G. Zazove, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

James P. Walsh, appellant, v. Marie E. Walsh, appellee. Gen. No. 39,169.

Opinion filed May 4, 1937.

Frank T. Jordan and Forest A. King, for appellant. Axel E. Pearson and Edward J. Green, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

United Dairy Company et al., appellees, v. Kaufman Berman, appellant. Gen. No. 39,437.